FILED US District Court-UT
SEP 02 '26 AM 10:47

MELISSA HOLYOAK, United States Attorney (#9832)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN JAMES KITZMILLER,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition; and<br><br>Count 2: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition.<br><br>Case: 2:26-cr-00339<br>Assigned To : Campbell, Tena<br>Assign. Date : 9/1/2026 |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about October 25, 2025, in the District of Utah,

DYLAN JAMES KITZMILLER,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a tan

Glock 19x (Serial Number CBVK218), and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

No earlier than May 9, 2025, and continuing up to and including November 2, 2025, in the District of Utah,

DYLAN JAMES KITZMILLER,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a black Taurus PT 24/7 pistol (Serial Number SCS08047), and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

JENNIFER E. GULLY
Assistant United States Attorney